

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2021

No. 04-19-00889-CR

Cameron Antoine **ROBY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6809
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

On December 21, 2020, this court granted appellant's request for a second extension of time to file his brief and ordered appellant to file his brief by January 15, 2021. On January 26, 2021, appellant filed a motion requesting a third extension of time of thirty days to file his brief.

After consideration, we **GRANT** appellant's request for an extension and **ORDER** appellant to file his brief **by February 16, 2021**. Further requests for an extension will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court